IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES H. CARTER,** | CIVIL ACTION NO: 2:19-cv-01215-WSS |
| **Plaintiff,** | ELECTRONICALLY FILED |
| | JURY TRIAL DEMANDED |
| v. | |
| **FITNESS INTERNATIONAL, LLC, t/d/b/a LA FITNESS INTERNATIONAL, LLC, a/k/a LA FITNESS, a/k/a LA FITNESS, LLC and JOHN DOE,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as co-counsel with John J. Zagari, Esquire, on behalf of the Plaintiff, Charles H. Carter, in the above-captioned action.

                                    Respectfully submitted,

                                    ZAGARI & ASSOCIATES

Dated: March 3, 2020                By: /s/ *Michael J. Zagari*

                                    Michael J. Zagari, Esquire
                                    PA I.D. No. 325725
                                    1801 Lawyers Building
                                    428 Forbes Avenue
                                    Pittsburgh, PA 15219
                                    (412)-765-2993
                                    michael@zagarilaw.com